1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

7  ARTIST L. SANDERS,                                CV F   06-1823-OWW-LJO-P

8                      Plaintiff,

9         v.                                         FINDINGS AND RECOMMENDATIONS
                                                     REGARDING MOTION FOR PRELIMINARY
                                                     INJUNCTION
10
   DIRECTOR, et. al.,                                (Doc.2.)
11
                       Defendants.
12  _____/

13

        Plaintiff Artist L. Sanders ("Plaintiff") is a state prisoner proceeding pro se in this civil
14
rights action filed pursuant to 42 U.S.C. § 1983.[1]
15
        Plaintiff filed the instant action on December 13, 2006.  That same day, Plaintiff filed a
16
Motion for Preliminary Injunction or restraining order preventing the Defendants from using an
17
irrigation process which Plaintiff alleges is contaminated and is spreading the Hepatitis Virus.
18
        "[A] preliminary injunction is an extraordinary and drastic remedy, one that should not be
19
granted unless the movant, by a clear showing, carries the burden of persuasion."  Mazurek v.
20
Armstrong, 520 U.S. 968, 972 (1997) (quotations and citations omitted).  The purpose of a
21
preliminary injunction is to preserve the status quo if the balance of equities so heavily favors the
22
moving party that justice requires the court to intervene to secure the positions until the merits of
23
the action are ultimately determined.  University of Texas v. Camenisch, 451 U.S. 390, 395
24
(1981).  A preliminary injunction is available to a plaintiff who "demonstrates either (1) a
25
combination of probable success and the possibility of irreparable harm, or (2) that serious
26
questions are raised and the balance of hardship tips in its favor."  Arcamuzi v. Continental Air
27

28
        [1]The fee for this action has not yet been resolved by the Court.

1

1  Lines, Inc., 819 F. 2d 935, 937 (9th Cir. 1987).  Under either approach the plaintiff "must

2  demonstrate a significant threat of irreparable injury."  Id.  Also, an injunction should not issue if

3  the plaintiff "shows no chance of success on the merits."  Id.  At a bare minimum, the plaintiff

4  "must demonstrate a fair chance of success of the merits, or questions serious enough to require

5  litigation."  Id.

6       A federal court is a court of limited jurisdiction.  Because of this limited jurisdiction, as a

7  threshold and preliminary matter the court must have before it for consideration a "case" or

8  "controversy."  Flast v. Cohen, 392 U.S. 83, 88 (1968).  If the court does not have a "case" or

9  "controversy" before it, it has no power to hear the matter in question.  Rivera v. Freeman, 469 F.

10  2d 1159, 1162-63 (9th Cir. 1972).

11       At this juncture, the Court has yet to screen Plaintiff's Complaint to determine whether it

12  can proceed.  The Court is required to screen the complaints to ensure that it states a cognizable

13  claim for relief.  Thus, at this time, Plaintiff is not entitled to any type of preliminary injunction,

14  as the Court lacks jurisdiction to issue any such orders.

15       Based on the foregoing, the court HEREBY RECOMMENDS that Plaintiff's Motion for

16  preliminary injunctive relief, filed May 1, 2006, be DENIED.

17       These Findings and Recommendations will be submitted to the United States District

18  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

19  **THIRTY (30) days** after being served with these Findings and Recommendations, Plaintiff may

20  file written objections with the court.  The document should be captioned "Objections to

21  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

22  objections within the specified time may waive the right to appeal the District Court's order.

23  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

24  IT IS SO ORDERED.

25  **Dated:    January 7, 2007**                    /s/ Lawrence J. O'Neill
    b9ed48                              UNITED STATES MAGISTRATE JUDGE

26

27

28