1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    ARTIST L. SANDERS,                    1:06-cv-01823-OWW-GSA-PC

10              Plaintiff,                  ORDER ADOPTING FINDINGS
                                            AND RECOMMENDATIONS
11        vs.                               (Doc. 18.)

12   THE DIRECTOR OF DEPARTMENT             ORDER DISMISSING ACTION  FOR
                                            FAILURE TO OBEY A COURT ORDER
13
                                            ORDER DIRECTING CLERK TO CLOSE CASE
14              Defendants.
     _____/
15
              Artist L. Sanders ("plaintiff") is a state prisoner proceeding pro se in this civil rights
16
     action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge
17
     pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
18
              On January 16, 2009, findings and recommendations were entered, recommending
19
     that this action be dismissed based on plaintiff's failure to obey the court's order of November 25,
20
     2008.   Plaintiff was provided an opportunity to file objections to the findings and recommendations
21
     within thirty days.   To date, plaintiff has not filed objections or otherwise responded to the findings
22
     and recommendations.[1]
23
              In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-
24
     305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire
25

26        _____
              [1]The United States Postal Service returned the findings and recommendations on January 26, 2009 as undeliverable.,
27   with a notation "Unable to Identify as Addressed."  However, plaintiff has not notified the court of any change in his address.
     Absent such notice, service at a party's prior address is fully effective.  Local Rule 83-182(f).
28
                                            1

1  file, the court finds the findings and recommendations to be supported by the record and proper

2  analysis.

3             Accordingly, THE COURT HEREBY ORDERS that:

4             1.  The Findings and Recommendations issued by the Magistrate Judge on January

5  16, 2009, are adopted in full;

6             2.  This action is dismissed in its entirety, based on plaintiff's failure to comply with

7  the court's order of November 25, 2008; and

8             3.  The Clerk of Court is directed to close this case.

9  IT IS SO ORDERED.

10  **Dated:    March 4, 2009**              _____/s/ Oliver W. Wanger_____
                                          UNITED STATES DISTRICT JUDGE

2